UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

    Plaintiff,

Case No. 16-20008
Hon. Matthew F. Leitman

v.

JARED PATRICK LOCKWOOD,

    Defendant.

_____/

## ORDER OF TEMPORARY DETENTION

On May 10, 2016, the Court held a hearing regarding the revocation of Defendant Jared Patrick Lockwood's ("Defendant") bond. For the reasons stated on the record, **IT IS HEREBY ORDERED** that Defendant is temporarily detained until further order of the Court.

**IT IS FURTHER ORDERED** that Defendant shall not have contact, either directly or indirectly, with the four individuals identified on the record as possible Government witnesses against the Defendant in the bond revocation hearing.

                                              /s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: May 11, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 11, 2016, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (313) 234-5113