UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATE OF AMERICA,

    Plaintiff,

v.

JARED PATRICK LOCKWOOD,

    Defendant.

Case No. 16-20008
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING MOTION TO REVOKE BOND (ECF #25)

This matter having come before the Court on the government's Motion to Revoke Bond (ECF #25), IT IS HEREBY ORDERED THAT the motion is GRANTED for the reasons stated on the record on May 12, 2016. IT IS FURTHER ORDERED that the bond previously issued to Defendant is REVOKED, and Defendant (who was temporarily detained by Order dated May 11, 2016) shall remain in custody pending sentencing.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  May 13, 2016

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 13, 2016, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (313) 234-5113

Dated:  May 13, 2016