# EXHIBIT A

Sunday, June 28, 2020

Warden Bradley M. Trate,

I am writing this letter as a second request for the release of my husband, Jared Lockwood, to home confinement due to the current pandemic.

COVID-19 is extremely dangerous and deadly. It spreads so fast and is almost indistinguishable from other illnesses, to which we are accustomed, without a test.

The FBOP is responsible for the health and safety of an overwhelming number of inmates. Try as they may to keep up with the needs of all, there is no way they ever could.

In the past, it has taken over a year for my husband to actually get the chance to speak with a healthcare professional about his health concerns. That, in and of itself, frightens me. Jared was only 23 when he began his sentence and will be 28 in September of 2020. He is too young to lose his life, especially since he has already lost almost 5 years of the beginning of his adult life. I am not arguing his current incarceration, prior to COVID-19, merely stating the facts that compel me to act in effort to ensure his well-being.

Jared has a home and a loving family waiting for him to return safely. I am asking that he be released to home confinement due to the extraordinary circumstances of COVID-19. While the number of cases in the U.S. was on the decline, there has been an uptick in cases since the quarantine measures have been lessened. There is no doubt in my mind that this uptick will bleed over into the prison population. Jared is serving his time, but the threat of death makes his current incarceration a much harsher punishment than was originally intended.

As I mentioned, Jared has a stable home and environment to which he will return. He has a loving wife and immediate family to support him. I own my own 2,040 square foot home in an affluent community. Along with this letter, I will provide a photo or two of my home to more adequately illustrate the stability of his environment. Furthermore, my income is enough to pay all of my bills while retaining the ability to care for my needs as well as those of my husband.

The FBOP is dealing with trying to contain the spread of this horrible pandemic, but it cannot adequately protect every single inmate to the extent that should be required. This fact has been admitted by the Bureau itself. There have been many inmates released to home confinement for this very reason, and I am asking that my husband be as well. This will serve both his best interests and yours, in both the long and short term. The federal prison system is full of inmates that have nowhere to go upon release. If/when you release my husband, he won't simply be wandering the streets in search of a way to care for himself, rather he has an ideal environment

1

and support system to aid in his assimilation back into productive society. I am even willing to drive, the over 300 mile journey, to pick him up myself.

On that same note, we do have a release plan. Upon Jared's arrival home, he will be well cared for and receive any and all medical attention he requires; preventative and otherwise. Prior to his incarceration, he had high blood pressure which is also something that heightens his risk of COVID-19 being fatal if he were to contract it. That coupled with the fact that he is male means he is at an even higher risk than I am.

While he is focusing on simply transitioning from years of being institutionalized to normal society, he will have all of us to make the transition as easy as possible. As I said, I do very well for myself, so there is no added pressure of him feeling like he needs to get a job right away or jump back into life before he is ready. I am committed to not only his physical wellbeing, but also that of his mental and emotional health. This is also proven by my committment thus far as I have never, for one second, stopped looking out for his best interests, despite him having been away from home for almost 5 years.

Jared has already been making huge strides toward rehabilitating and bettering himself. I have included a list of all of the classes he has and is currently taking. He has, to date, completed 112 hours of education raging from life coaching, to classes aimed at him creating a fresh start upon release. Also, what is not included in that list, are the numerous hours he has devoted to learning the German language via lessons prepared by myself. I am a fluent German speaker with a Bachelor's Degree in the subject. He has pestered me at length to teach him, as he has always had this overwhelming desire to learn and expand his knowledge base.

As you can see, Jared is committed to living a productive and meaningful life. He has zero propensity toward violence, even when violence is imposed upon him. I, myself, have witnessed Jared being struck directly in the face, and unlike my knee jerk reaction would necessitate, he didn't even flinch to strike back. He is not perfect, but his moral compass makes it extremely difficult for him to cause harm to others in any way; something I am actually quite envious of.

Jared did not have to pay restitution for his crimes as there was no one to provide payment to. There were no direct victims of his crimes. As I mentioned before, he was 23 at the time of his original incarceration and only 22 when the crime occured. Men even outside of prison do a lot of growing and maturing between the ages of 21 and 30 as it is. That natural growth coupled with the education he has chosen to receive have sparked noticeable, undeniable, and extraordinarily positive changes in him. As I communicate with him every day that the prison allows, I have bore witness to these changes and couldn't be more proud of the man that he has become.

I humbly ask that you see the odds that Jared has defied even while being incarcerated. He has stayed out of gang politics and goings on, kept his head down and remained focused on his ultimate goal of rejoining his family, and had minimal amount incidents while in the FBOP. I will not lie and say that he has been completely without incident, as that is nearly impossible for any federal inmate, but if you look over his prison record, you will find that he has done nothing to harm himself or anyone else. The only infractions he has even allegedly perpetrated have been as minor as attempting to help another inmate, who has no support system of his own, financially; which the FBOP does not allow.

I just want you to see that Jared is **much** more than a statistic. He is an invaluable member of society and has worked hard to rehabilitate himself. He deserves a fighting chance at being able to return to his life and family safely. I believe that this chance is significantly lessened while he is put at a much higher risk of contracting this deadly illness.

Thank you for your time and consideration.

Sincerely,


_____
        Demi Lockwood

3

# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bradley M. Trate
FCI McKean
P.O. Box 5000
Bradford, PA 16701

9590 9402 4469 8248 4118 67

2. Article Number (Transfer from service label)

7016 1370 0000 7164 5547

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _C.S.O_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

C. Packer   7-2-2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING # 



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 4469 8248 4118 67

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Demi Lockwood
2788 W. Fork River Dr.
Fowlerville, MI 48836

# EXHIBIT C

# Raymond Weitzman, M.D.,F.A.C.P.

NPI: 1669680872
6505 legacy Woods Trail
West Bloomfield, Mi 48322
Thursday, August 27, 2020

Samantha Baker
Law Offices of David Steingold, PLLC
500 Griswold Street, #2320
Detroit, Mi 48226

RE: Jared Lockwood dob 9/25/92

At your request I have reviewed the records of Mr. Lockwood during his time of
incarceration. I found several examples of inadequate medical care that need
immediate attention;

Mr. Lockwood has complained of right upper quadrant and mid-abdominal pain when
seen at the clinic. A plain X-ray of the abdomen was ordered that revealed no gall
bladder calcification and noted a calcified lesion in the right pelvis which could
represent a renal calculous or vascular calcification. A plain X-ray is inadequate to
diagnose gall bladder disease: an ultrasound should be done since not all gall stones
are calcified and therefore may not show up on a plain film and cholecystitis can occur
without stones. Gall bladder disease, when untreated, can result in significant
morbidity with complications such as gall bladder rupture, sepsis and pancreatitis and
this is why Mr. Lockwood needs immediate further work up of this problem.

Similarly, the calcification in the right lower quadrant, if a renal calculus, can result in
ureter obstruction and renal damage or sepsis. This also needs further analysis
typically with a CT scan of the abdomen or an IVP.

Please let me know if you have other questions.

Raymond Weitzman, M.D.

# Raymond J. Weitzman, M.D., F.A.C.P.

4616 Forestview Drive
West Bloomfield, Michigan 48322
248-408-8670
2020
**NPI:** 1669680872

## <u>CURRICULUM VITAE</u>

**College:** The University of Michigan 1963-1966
    Honors: William J. Branstrom Freshman Prize
    Freshman Honors
    Sophomore Honors
    Mary Markley Honor Award

**Medical School:** The University of Michigan 1966-1970
    Honors: Cum Laude
    1968 Michigan Heart Association Medical Student Research Award
    First Iowa Midwest Regional Medical Student Research Forum; second prize
    Fellow, American Association of Medical Colleges-Public Health Service
    International Research Training Program in Israel, 1969
    Alpha Omega Alpha Honor Medical Society
    Phi Kappa Phi Honor Society

**Internship:** Internal Medicine; The University of Michigan Affiliated Hospitals, July 1970-June 1971

**Residency:** Internal Medicine, Sinai Hospital of Detroit, July 1971-June 1973

**Fellowship:** Rheumatology, The Rackham Arthritis Research Institute, The University of Michigan, July 1973-June 1975

Certification: National Board of Medical Examiners        1971
        American Board of Internal Medicine                                1973
        Rheumatology Subspecialty Board                    1976
        Basic Cardiac Life Support                                      2011
        Advanced Cardiac Life Support                              2012


## Professional Societies:

        Alpha Omega Alpha Honor Medical Society
        Phi Kappa Phi Graduate Honor Society
        Phi Delta Epsilon Medical Society
        Wayne County Medical Society
        Michigan State Medical Society
        American Medical Association
        Fellow: American College of Physicians
        Michigan Rheumatism Society
        Speakers Bureau: Michigan Chapter Arthritis Foundation
        American College of Rheumatology

Practice:  July 1975 to November, 1998
        Detroit Medical Center (previously Woodland Medical Center) Internal Medicine
        and Rheumatology
        Retired due to injuries sustained in a pedestrian accident Sept 1997
        Previously attending physician and medical director at Menorah House, Lahser
        Hills and attending physician at Bedford Villa Extended Care Facilities




## Practice 1998 to Date

Teaching staff Providence Hospital Southfield, Mi 1999 to 2011
Mobile Physicians of Southfield:  Jan to April 2013
Gary Burnstein Medical Clinic: current 2013 to Date
Michigan Institute of Medicine:  office and homecare May  to
September 2013  Locum Tenens
GoDocsGo 2/14 to 3/14: Home care
        Milford Family Practice 6/14 to 12/14 part time treating     internal
medicine and rheumatology patients covering for a physician who is ill.


## Publications:

DuCharme, D, Weitzman, R. Beck, L.: Effects fo Phenoxybenzamine and Guanethidine on Bleeding Volumes in Normal and Nephrectomized Dogs: Pharmacologist 7: 178, 1965

Weitzman,R.,Beck,L.; Neurogenic Control of Renopressor System by a Nonganglionated, Adrenergic System: Pharmacologist 8: 215, 1966

Weitzman, R., Walker, S; The LE Cell Revisited: Laboratory Medicine, V7, No6, June 1976

Weitzman, R., Walker, S.; The Relation of the LE Cell Test to Laboratory and Clinical Parameters of Disease Activity in Systemic Lupus Erythematosus: The University of Michigan Medical Center Journal, V41, pgs 9-13, Jan-Dec, 1975

Weitzman, R., Walker, S.; Relation of Titered Peripheral Pattern ANA to anti-DNA and Disease Acitivity in Systemic Lupus Erythematosus; Annals of the Rheumatic Diseases, V36, pgs 44-49. 1977

Jacob, G., Messina, M., Caperton, E., Gordon, R. Harris, G. Sack, B., Vreede, P., Weitzman, R.; Safety and Efficacy of Etodolac, Once or Twice a Day in the Treatment of Active Rheumatoid Arthritis; Current Therapeutic Research, V.37, No 6, 1124-1129, 1985

Weitzman,R.; The Rheumatic Manifestatiions of Breast Implants: A Comparison of Symptoms with Implant Type and the Consequences of Implant Rupture: Providence Hospital of Southfield Medical Bulletin; V 6, No 2, 20-24, 1995

# EXHIBIT D

Dear Honorable Judge Leitman,

The last time I saw you, Your Honor, I was a liar. I couldn't admit things to myself, couldn't take responsibility. I was a scared and broken individual. I try not to live my life holding on to regret, but the things I did to bring myself here weigh heavily on my mind every single day.

What I did back then was wrong in every sense of the word. The people I brought harm upon, whether direct or indirect. There is no justifying my actions. I am beyond disgusted with my behavior and the actions I took. Whether it's the perpetuation of a horribly disgusting internet crime, the betrayal I then showed my own friend, Mike Maxwell, the deceit I showed the Government or even the continued embarrassment brought upon my family.

I don't know if there is anything I can do in this world to make up for what I did. The immense guilt I carry each and every day is a constant reminder of the things I need to do right and the things I need to make up for. I truly wish I could take back what I did. I've spent a long time thinking about that. Why I did what I did. I was so full of fear and

dishonesty back then. The dishonesty I have overcome. The fear, I still have fear. Fear of what the future holds. But I also have hope. I have so dearly held onto hope since my incarceration began.

Judge Leitman, I have worked very hard at coming to terms with myself and my actions, finding out who I am and who I want to be. I want very much to have a successful life with my wife who has unflinchingly stood by me through all that I have put her through. I believe the endless amount of hours that I've spent programming clearly show this.

I have spent over 18 months actively life coaching with the understanding that I could not become certified in this program I was told early on that the doctor who sponsors inmates to become Life Coaches will not allow me to become certified due to the charge in my initial federal case. None of us can be and the reasoning is perfectly understandable. I pursued to take the class anyway for the tools it offered, the positive education and the change it would promote within me. These are tools and values I can apply to myself and everyday life situations. I continue to Life Coach even

3.

though the current pandemic and my condition puts a hamper on this.

Another important program to me was the Threshold class. This is a 6 month religious program that helped me get back in touch with God, where I stand and why I fell from the church. Everyone finds their own path in this program but I found mine leading back to why the death of my parents led to my exile from the Catholic Church. This welcomed in a complete lack of guidance and support in a time when I needed it most. I remain stedfast in my faith and have begun attending Catholic Service once again. Although the current pandemic has put this on hold as well, I continuously find solice in my self reflections.

The support system I have been blessed with is truly the greatest aspect of my life. I could spend several lifetimes repaying Demi and still come up short compared to all she has done for me. My wife has worked very hard to prepare for my inevitable return. She has included me in every decision she makes and I am beyond grateful for her and her mothers continued loving support.

With the help of my wife, who holds a

bachelors in the subject. I have spent the last 5 years studying the German language. We frequently exchange phone calls, letters, emails, as well as homework all in German.

As well as reuniting with my wife, I have goals and aspirations for the future. My love of nature and the outdoors has led to my interest in pursuing a new career in renewable energy such as becoming a wind or solar technician.

Judge Leitman, I dont know what the future has in store for me but I know it will be a major improvement from where I once was. I will not allow myself to make foolish decisions ever again. My wife, Demi, has worked tirelessly to build a wonderful life for the both of us, and there is **nothing** in this world that will make me put that on the line.

# EXHIBIT E

Your Honor,

Since it became evident that Jared's health concerns were critical, I have dealt with extreme panic attacks and anxiety that affect my daily life. It is extremely difficult to focus on anything, my financial responsibilities included, while I am in a constant state of worry that it is extremely possible that my husband might not live long enough to return home. Knowing that my husband and best friend has been suffering for 5 straight months with chronic pain stemming from serious health problems while being actively ignored and pushed aside by those whose job it is to care for him, has left me feeling as though I'm grasping at straws just to get someone to listen. Hearing Dr. Weitzman, after having reviewed the medical records provided by FCI McKean, state that Jared's condition is very serious and due to a lack of appropriate testing and care, will most likely lead to morbid consequences, has me feeling as though I'm staring down the barrel of a loaded gun.

I have witnessed profound change in Jared. He behaves as an adult, rather than a child now. I began to notice a significant change between years 2 and 3 of his incarceration. In the early days, he still behaved as if he had the answer to everything and was unable to see the bigger picture. Jared has had the tendency of only seeing the immediate results of a decision, rather than looking further out and seeing all possible consequences. He's lacked the foresight required to anticipate all of the possible and probably negative outcomes resulting from a single decision. He has shown outstanding improvement in this area.

It took a solid year of having the same argument, week after week, with Jared for him to finally start to realize he continued to do the same thing and expect different results. I credit his life coaching classes for the bulk of his growth, behavioral change, and practical outlook on life.. This course taught him to delve deeper and analyze each detail that led him to where he is and how to avoid making the same mistakes in the future. Unfortunately, this was a skill he didn't have prior to his indictment.

The best part of this course for him, in my opinion, was the homework assigned. Jared always took it very seriously. When he was tasked with asking me what changes I believed he needed to make, this was the first time I felt like he'd actually heard me. He wrote down my answers and over the following weeks I witnessed him slowly changing the behaviors I'd mentioned. He began actually listening to the advice of those better influences in his life, and stopped letting misinformation influence his decision making.

All of the poor behaviors gradually receded. He is more conscious of his spending, which was a major problem during that first year. He stopped assuming that I would help him out of everything; and therefore, he stopped taking me for granted. Since that time, we haven't fought about money. He has been making far better decisions and it has strengthened our marriage significantly.

Along with correcting the spending issue, he has also been working on opening up and sharing more with me. He's always felt like he had to keep any trouble he was in to himself, for fear of upsetting me and/or knowing that he wouldn't like what I had to say. Over the past year he has come to me with his problems and prospective solutions and actually heeded my warnings

1

about some of the "solutions" he proposed. He has realized that I am here to help him, though he may not always like what I have to say, I would never advise him in any way that would harm him.

Jared has also begun feeling the genuine love and support from my mother and grandmother. This sentence has made him realize that we all support him and will never turn our backs on him. He makes sure to check in with me to inquire as to the health of my mother and grandmother regularly.

Though this time has been extremely arduous for him, Jared hasn't complained about doing his time once. We spoke about the original court proceedings and we both agree that Judge Leitman was as fair as he could have been, all things considered. While we are still very upset with his legal representation at the time, we both know that the court did all it could, given the circumstances.

Right about at the third year mark, Jared and I spoke about the fact that he'd already be home if it wasn't for his overwhelmingly stupid decisions that led to the second indictment. He verbalized that he's been kicking himself for that the whole time he's been incarcerated. Though he understands his motives , he has no problem fully admitting that he was an idiot and should have listened to the good advice received and walked away from those who tend to point him in the wrong direction.

On that same note, after many serious discussions, Jared agreed that he needed to completely sever ties with all of the negative influences in his life. Unfortunately, that doesn't leave many people, but it was for the best. He now has the full support of myself, my mother, my grandmother, and all of my friends. My inner circle of friends has been with me through this entire ordeal and all support Jared 100%. We plan to give Jared the best possible chance for success when he returns home.

What many fail to realize is that Jared is my strength. So many comment on the extraordinary strength I must possess to deal with everything thrown at me. They wonder how I could stick behind him over all these years. What they fail to see is that Jared is the root of that strength. The reason I am able to keep fighting and moving forward is because of his constant encouragement and positivity. He keeps my eyes on the picture in my mind of the day he returns to me and we can live the lives we've been working for; and forget the outside world. All we want is to live a simple and quiet life as separate from the outside world as possible.

I recently started my own business as an abstract artist. This never would have happened without the advice and encouragement I received from my husband. Though his life is extremely lacking in happiness, he continues to put aside his own desires to support me. It is with this love and support that I have been able to do anything more than the bare minimum since he's been gone. The mere knowledge that he will one day return to me is what gave me the strength and determination to go from living on a mattress on the livingroom floor of my mother's apartment, to owning my own 2040 square foot home in an affluent community. His love and the promise of a bright future with him pushed me not to stop with the house, but to also purchase my first brand

2

new vehicle and work my way up the ranks in my career field. It was his constant encouragement that led me to perform at a level resulting in a 35% pay raise in the short time I have been in my current position.

I know this may seem like I am giving Jared too much credit, but that is merely an outside perspective. What others don't see are those weeks when the BOP denies Jared the ability to contact me. They don't see how severely my work and productivity suffer without the aid of his constant encouragement and selfless love. His commitment to bettering himself is contagious. Where life has made me more cynical, it has done the exact opposite for him. Where I've lost faith in our government, legal system, and all around society, Jared has not. He is somehow able to see past all of the bad and all of the major obstacles we know will obstruct his path almost completely upon his release. He knows that the end of his prison time is only the beginning of the life sentence he will serve for his crimes. He acknowledges the struggles we will both have due to the stigma resulting from his status. Yet somehow through all of that, he is able to hold his head high and strive forward to accomplish all of our goals.

As previously stated, Jared has shown great maturity and personal growth over the past 3 years. He learned how to listen and learn from his mistakes. This was not an easy task for him as he was ignorant that a problem even existed. I have bore witness to the profound changes in Jared that have given him the ability to finally recognize that his destructive patterns have led him to where he is now. This is something, if I'm being completely honest, I wondered if he would ever fully understand.

While incarcerated, Jared has taken advantage of every opportunity to learn and grow that was afforded to him. This time allowed him to focus completely on himself and making positive strides without having to worry about maintaining things like a job, home, or other worldly distractions that the rest of us have to deal with every day. This prison sentence has been like rehab for Jared as he can no longer deny his mistakes as he is confronted by them every day. From the time he opens his eyes in the morning to see the concrete ceiling of a prison cell, to when he lays down on the cold mat that serves as his bed at night. The decisions that led him here are impossible to escape when, instead of going to bed each night wrapped in the arms of unconditional love, he wakes cold and alone with no one to blame but himself.

We know from his past that Jared does extremely well in rehabilitative environments and continues to grow and build off of what he's learned. During his fight with heroin addiction, it wasn't until his jail time and subsequent rehab stay that he was able to get and stay clean. He was given the tools and knowledge necessary to make the change; and Jared is not one to turn his nose up at anything that could improve his life. For this, I am extremely proud.

I am now realizing that I have been given the opportunity to witness the boy I fell in love with blossom into a mature man and overcome his shortcomings. The only difference being that the enemy this time is not drugs, but rather the irresponsible child within him. Working with others and utilizing tools he never before in his possession has given Jared a new lease on life. He has, for the first time since I met him, expressed real and well throughout aspirations and career

goals. He is extremely interested in renewable energy and building more environmentally friendly homes for people. Whereas before everything was evaluated by how long it would take and how to shorten that time, now his attention is devoted to focusing on that one thing that would make him happy and working to meet all the necessary steps to get there. He knows the path he's chosen, in a field outside of his wheelhouse, and has remained committed to building his knowledge base. Though at some points he's irritated me with his constant requests for informational resources, I take solace in the fact that he is committed to learning and growing so as not to ever return to where he is now.

   If this motion is granted, Jared will return to a loving and supportive home. He will finally receive the health care and attention he requires, rather than having his health concerns shoved to the bottom of the list to be forgotten. He will have access only to tools necessary to encourage positive strides toward continued growth and self improvement.

   Jared is one who thrives best when able to be active. He also benefits from the feeling of fulfillment he gets from helping others. He has expressed, ad nauseam, his regret and remorse for having put me through all of this and tasking me with the responsibilities of not only taking care of all of his financial and emotional needs, but also those of myself, my grandmother, and mother, alone. Giving Jared the ability to, after his recovery, help begin to repay some of what he cost me would be the best motivation for him to stay on the straight and narrow. Jared is and has been so dedicated to ensuring he makes up for everything he has lost and missed due to his bad decisions. This prison sentence has served as his rock bottom and he strongly believes that there is nowhere to go from here but up.

   Upon Jared's return, there will be exactly zero minutes in which he will be home alone. Being that I am the sole caregiver to my mother and grandmother, neither of which can work, means that there is always someone at home while I am working. There will be zero opportunity for him to get into trouble without escaping notice. While that is the case, we are also willing to remove all computers, tablets, and devices capable of surfing the internet to further ensure Jared doesn't even have the opportunity to revisit any bad behaviors.

   As far as COVID and the international health crisis is concerned, we are also equipped to give us all the best chance of remaining unaffected by the virus. As I am solely responsible for my grandmother's wound care and hygienic needs, I have more medical supplies on hand than most people will need in a lifetime. Along with that, we have gloves, face masks, hand sanitizer, and all the necessities to severely decrease the probability of being infected. Living with and supporting two individuals with severely compromised health has forced me to be more cautious than the average individual.

   Assuming Jared is able to recover well from his current illnesses, finally having some help taking care of everyone will allow me to see to my own mental and physical health which has been on a steady and steep decline, improving. While that may seem like a selfish assertion, in reality it will help to give Jared a sense of purpose. He strives to make my life as easy as possible. Since,

4

presumably he will not be allowed to work while on supervised release, this would be very important for Jared to know that he is still able to contribute in a very important way.

It is very taxing on me to have to deal with things such as falls and medical emergencies on top of making sure all of the bills are paid; the lawn is mowed; the dog is taken care of; any and all repairs are made; the laundry is done; the house is clean; the car is serviced regularly; there is food on the table; and the list goes on. I am more than capable of taking care of all of my financial responsibilities, as well as taking on the full financial support of Jared, thanks to a stable and fulfilling career. I am blessed enough to work for a wonderful and philanthropic boss who works to ensure that her employees are compensated at a level that reflects their work. She also personally funds all of my health insurance premiums, a $15k life insurance policy, and long and short term disability policies. Extremely few can make such claims this day in age.  Having someone assist with the myriad of tasks to be done at home would simply allow me to pour more focus into my work. Not to mention being able to come home to my best friend and love of my life cheering me on and supporting me at every turn.

I have supported Jared unwaveringly for the past 5 years. That alone should speak volumes for his character. My life and time hold far too importance for me to support anyone who doesn't add value to my life. Jared has every reason to do his absolute best to help and support me in any way possible in effort to even begin to return the gesture. Since losing our first child to a miscarriage, we have dreamed of a bright future that has been placed on pause due to his poor choices. Life if too short and Jared has already forfeited a large portion of it. He will not make the same mistake again. Furthermore, he doesn't have the luxury of repeating his mistakes as I am am a strong, independent woman, unafraid to punish him for being stupid. I pride myself on having full control of my life and if anyone should threaten my happiness, Jared included, he will not make it away unscathed.

Sincerely,

Demi Lockwood

5

# EXHIBIT F

I am writing in regards to my son-in-law Jared Lockwood. I am very concerned for his health and well being. Having had my gall bladder removed, I can attest to the excruciating pain it causes. His health issues aren't being dealt with in a timely manner as they should be. I'm also concerned for my daughter's well being. Since Jared's been sick her mental health is suffering a great deal, she's having anxiety, and panic attacks. Demi's strong, but not invicible, and if anything were to happen to Jared her world would end. Having him home safe would be a relief for us, but it would be a great help to ease the burden that Demi carries. Demi worked very hard to make our new home a reality, and while I'm co-owner paying half of the mortgage, Demi pays all of the bills except DTE. I have been on disability for some time and my health goes up and down, this is where Jared would be of great help to me. I have limited mobility and balance issues. I can do simple tasks like washing dishes and cooking, but anything beyond that is difficult for me. I can't shop in a store without using a motorized cart and because of my balance and knees, I have to go

down flights of stairs backwards. My 80 yr old mother also lives in our home and she has fallen quite a few times since being here. I've had to call Demi home from work a couple of times because I can't get her up. Demi does all of the hard work around the house by herself. It would be a lot of help to have Jared home to share the load, once his health issues are resolved. I don't have a running vehicle and my mother is housebound, so there won't be any time where Jared would be alone in the house. I love Jared and support him 100%. I have noticed that he's matured a lot since being in prison. I also know he's taken advantage of classes offered and he's earned several certificates recognizing his hard work. I have every confidence that he will not ever end up back in prison, he has come a long way in the last few years. Thank you for your time.

Jennifer Hunter